IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-95-1BO(4)

FILED IN OPEN COURT
ON 10-27-10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | I N D I C T M E N T |
| | ) | |
| STEVEN GLENN JOHNSON | ) | |

The Grand Jury charges:

COUNT ONE
(Mail Fraud)

On or about July 18, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, did place and cause to be placed in a post office or authorized depository for mail matter a spurious and counterfeit money order that falsely represented that the United States Treasury is obligated to make payment in the amount of $5,775.00, to the North Carolina Child Support Centralized Collections, to be sent or delivered by the U.S. Postal Service.

It was part of the scheme and artifice that the defendant submitted to the North Carolina Child Support Centralized Collections a money order that was payable to "United States Treasury/ Henry Paulson, Jr." The defendant also enclosed a letter, dated July 17, 2008, addressed to Robert L. Powell,

1

Comptroller of the State of North Carolina. In the letter, the defendant described a "remedy coupon", which he asserted was a money order payable to the U.S. Treasury and which was, in effect, a U.S. Treasury obligation. Johnson falsely and misleadingly represented that the coupon could be utilized to credit his child custody debt of $5,775.00 by drawing funds at the U.S. Treasury for the same amount.

All in violation of United States Code, Title 18, Sections 1341 and 2.

## COUNT TWO
(Mail Fraud)

On or about August 6, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, did place and cause to be placed in a post office or authorized depository for mail matter a spurious and counterfeit money order that falsely represented that the United States Treasury is obligated to make payment in the amount of $600.00, to the North Carolina Child Support Centralized Collections, to be sent or delivered by the U.S. Postal Service.

It was part of the scheme and artifice that the defendant submitted to the North Carolina Child Support Centralized Collections a money order that was payable to "United States

2

Treasury/ Henry Paulson, Jr." The defendant also enclosed a letter, dated August 6, 2008, addressed to Robert L. Powell, Comptroller of the State of North Carolina. In the letter, the defendant described a "remedy coupon", which he asserted was a money order payable to the U.S. Treasury and which was, in effect, a U.S. Treasury obligation. Johnson falsely and misleadingly represented that the coupon could be utilized to credit his child custody debt of $600.00 by drawing funds at the U.S. Treasury for the same amount.

All in violation of United States Code, Title 18, Sections 1341 and 2.

### COUNT THREE
(Wire Fraud)

On or about September 23, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, that is, having devised a scheme to fraudulently prompt the U.S. Treasury to pay monies that he was not entitled to, to offset the defendant's obligation to pay child support.

In furtherance of this scheme, the defendant did the following:

1. On or about September 23, 2008, the defendant caused to be sent, delivered, and moved by the Federal Reserve Automated Clearing House (ACH) System a wire transfer of funds drawn fictitiously and fraudulently upon a U.S. Treasury Department account, in the amount of $6,775.00, to the North Carolina Department of Health and Human Services, Division of Social Services, Child Support Enforcement. This transfer occurred when Johnson caused an Electronic Fund Transfer (EFT) in the amount of $6,775.00 to be transmitted via an on-line Internet payment to an account held by Johnson to make child custody payments to the State of North Carolina Health and Human Services, Division of Social Services, Child Support Enforcement Section.

2. In doing so, the defendant utilized a fictitious or fraudulent Treasury account number, # 062090027, to attempt to cause the EFT of $6,775.00 to be wired from the Treasury Department, which Johnson did not have authority to encumber, to the North Carolina Health and Human Services, Child Support Enforcement Section's Payment Processing Center.

All in violation of United States Code, Title 18, Section 1343.

## COUNT FOUR
(Wire Fraud)

On or about September 23, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, that is, having devised a scheme to fraudulently prompt the U.S. Treasury to pay monies that he was not entitled to, to offset the defendant's obligation to pay child support.

In furtherance of this scheme, the defendant did the following:

1. On or about September 23, 2008, the defendant caused to be sent, delivered, and moved by the Federal Reserve Automated Clearing House (ACH) System a wire transfer of funds drawn fictitiously and fraudulently upon a U.S. Treasury Department account, in the amount of $6,775.00, to the North Carolina Department of Health and Human Services Division of Social Services, Child Support Enforcement. This transfer occurred when Johnson caused an Electronic Fund Transfer (EFT) in the amount of $6,775.00 to be transmitted via an on-line Internet payment to an account held by Johnson to make child custody payments to the State of North Carolina Health and Human Services, Division of Social Services, Child Support Enforcement Section.

2. In doing so, the defendant utilized a fictitious or fraudulent Treasury account number, # 062090027, to attempt to cause the EFT of $6,775.00 to be wired from the Treasury Department, which Johnson did not have authority to encumber, to the North Carolina Health and Human Services, Child Support Enforcement Section's Payment Processing Center.

All in violation of United States Code, Title 18, Section 1343.

## COUNT FIVE
(Wire Fraud)

On or about December 24, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On December 24, 2008, the defendant tendered for payment of $4,999.00, a check to Coastal Carolina Honda, 3774 U.S. HWY 17 South, New Bern, NC 28560, for the purchase of a 2003 Mazda 6 automobile. The check falsely represented that payment would be made by the United States Treasury, Bureau of Public Debt. The check was spurious and counterfeit, and falsely represented to be his legitimate account at the United States Treasury, Bureau of Public Debt. Johnson caused an interstate wire communication which verified funds through an electronic interstate system used by

Elavon's Electronic Check vendor in Miami, Florida.

All in violation of United States Code, Title 18, Sections 1343 and 2.

## COUNT SIX
### (Wire Fraud)

On or about December 26, 2008, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On December 26, 2008, the defendant tendered for payment of $4,997.00, a check to Coastal Carolina Honda, 3774 U.S. HWY 17 South, New Bern, NC 28560. The check falsely represented that payment would be made by the United States Treasury, Bureau of Public Debt. The check was spurious and counterfeit, and falsely represented to be his legitimate account at the United States Treasury, Bureau of Public Debt. Johnson caused an interstate wire communication which verified funds through an electronic interstate system used by Elavon's Electronic Check vendor in Miami, Florida.

All in violation of United States Code, Title 18, Sections 1343 and 2.

7

## COUNT SEVEN
(Bank Fraud)

On or about February 21, 2009, in the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise, intend to devise and execute a scheme and artifice to defraud Woodforest National Bank and the U.S. Treasury Department's Bureau of the Public Debt of funds and money owned by, and under the custody and control of Woodforest National Bank and the Bureau of the Public Debt, by means of materially false and fraudulent pretenses, representations and promises, in that JOHNSON:

a. Produced for deposit at Woodforest National Bank, Branch 815, in New Bern, NC, into his account a spurious and counterfeit check in the amount of $2,400.

b. After the required eleven day hold placed on the check by Woodforest National Bank, JOHNSON then went to Woodforest National Bank, Branch 847, in Clayton, NC and withdrew $2,300 from his checking account.

c. On March 16, 2009, Woodforest National Bank sent a Demand Notice to JOHNSON advising him his checking account was overdrawn and that the check JOHNSON had written in the amount of $2,400 had been returned by the Federal Reserve Bank, marked "Invalid MICR".

It was further part of the scheme and artifice to defraud Woodforest National Bank and the Bureau of the Public Debt that JOHNSON knew that in presenting the check to Woodforest National Bank for deposit that the check was spurious and counterfeit and

8

had a social security number as a bank account number. He also placed a U.S. Treasury Direct routing number onto the check, which JOHNSON knew was a fraudulent routing number. Furthermore, JOHNSON had written the note: "test" on the memo portion of the check.

All in violation of United States Code, Title 18, Sections 1344 and 2.

## COUNT EIGHT
(Wire Fraud)

Between in or about February 2009 and March 2009, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On March 12, 2009, the defendant, knowing that the check he had presented to Woodforest National Bank, in the amount of $2,400, to be drawn against funds of the Department of the U.S. Treasury's Bureau of the Public Debt, did cause an interstate wire communication to be used to clear and to remit his spurious and counterfeit check via the automated clearing house wire system with the Federal Reserve Bank.

All in violation of United States Code, Title 18, Section 1343.

## COUNT NINE
## (Bank Fraud)

On or about February 27, 2009, in the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise, intend to devise and execute a scheme and artifice to defraud Woodforest National Bank and the U.S. Treasury Department's Bureau of the Public Debt of funds and money owned by, and under the custody and control of Woodforest National Bank and the Bureau of the Public Debt, by means of materially false and fraudulent pretenses, representations and promises, in that JOHNSON:

a. Produced for deposit at Woodforest National Bank, Branch 815, in New Bern, North Carolina, into his account, a spurious and counterfeit check in the amount of $5,000.

b. On March 16, 2009, Woodforest National Bank sent a Demand Notice to JOHNSON advising him his checking account was overdrawn and that the check JOHNSON had written in the amount of $5,000 had been returned by the Federal Reserve Bank, marked "RTN for Treasury Items Only".

It was further part of the scheme and artifice to defraud Woodforest National Bank that JOHNSON knew that in presenting the check to Woodforest National Bank for deposit that the check was spurious and counterfeit and utilized a social security number as a bank account number. He also placed a U.S. TreasuryDirect routing number onto the check, which JOHNSON knew to be a fraudulent routing number. All in violation of United States Code, Title 18, Sections 1344 and 2.

10

## COUNT TEN
(Wire Fraud)

Between in or about February 2009 and March 2009, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On February 27, 2009, the defendant, knowing that the spurious and counterfeit check he had presented to Woodforest National Bank, in the amount of $5,000, to be drawn against funds of the Department of the U.S. Treasury's Bureau of the Public Debt, did cause an interstate wire communication to be used to clear and to remit his counterfeit check via the automated clearing house wire system with the Federal Reserve Bank.

All in violation of United States Code, Title 18, Section 1343.

## COUNT ELEVEN
(Bank Fraud)

On or about March 11, 2009, in the Eastern District of North Carolina, the defendant Steven Glen JOHNSON, in the Eastern District of North Carolina, did knowingly devise, intend to devise and execute a scheme and artifice to defraud Woodforest National Bank and the U.S. Treasury Department's Bureau of the Public Debt of funds and money owned by, and under the custody and control of Woodforest National Bank, by means of materially false and fraudulent pretenses, representations and promises, in that JOHNSON:

a. Produced for deposit at Woodforest National Bank, Branch 815, in New Bern, NC into his account a spurious and counterfeit check in the amount of $5,000.

b. A mandatory eleven day hold was placed on the check.

It was further part of the scheme and artifice to defraud Woodforest National Bank and the Bureau of the Public Debt that JOHNSON knew that in presenting the check for deposit that the check was spurious and counterfeit and that it had a social security number as a bank account number. He also placed a U.S. TreasuryDirect routing number onto the check, which he knew to be a fraudulent routing number.

All in violation of United States Code, Title 18, Sections 1344 and 2.

12

## COUNT TWELVE
(Wire Fraud)

Between in or about February 2009 and March 2009, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On March 11, 2009, the defendant, knowing that the spurious and counterfeit check he had presented to Woodforest National Bank, in the amount of $5,000, to be drawn against funds of the Department of the U.S. Treasury's Bureau of the Public Debt, did cause an interstate wire communication to be used to clear and to remit his counterfeit check via the automated clearing house wire system with the Federal Reserve Bank.

All in violation of United States Code, Title 18, Section 1343.

13

## COUNT THIRTEEN
(Bank Fraud)

On or about March 12, 2009, in the Eastern District of North Carolina, the defendant Steven Glen JOHNSON, did knowingly devise, intend to devise and execute a scheme and artifice to defraud Woodforest National Bank and the U.S. Treasury Department's Bureau of the Public Debt of funds and money owned by, and under the custody and control of Woodforest National Bank, by means of materially false and fraudulent pretenses, representations and promises, in that JOHNSON:

a. Produced for deposit at Woodforest National Bank, Branch 856, in Elizabeth City, North Carolina, into his account a spurious and counterfeit check in the amount of $5,000.

b. A mandatory eleven day hold was placed on the check.

It was further part of the scheme and artifice to defraud Woodforest National Bank and the Bureau of the Public Debt that JOHNSON knew that in presenting the check for deposit that the check was spurious and counterfeit and that the check utilized a social security number as a bank account number. He also placed a U.S. Treasury Direct routing number onto the check, which he knew to be a fraudulent routing number.

All in violation of United States Code, Title 18, Sections 1344 and 2.

## COUNT FOURTEEN
(Wire Fraud)

Between in or about February 2009 and March 2009, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On March 12, 2009, the defendant, knowing that the spurious and counterfeit check he had presented to Woodforest National Bank, in the amount of $5,000 to be drawn against funds of the Department of the U.S. Treasury's Bureau of the Public Debt, did cause an interstate wire communication to be used to clear and to remit his counterfeit check via the automated clearing house wire system with the Federal Reserve Bank.

All in violation of United States Code, Title 18, Section 1343.

## COUNT FIFTEEN
(Bank Fraud)

On or about March 13, 2009, in the Eastern District of North Carolina, the defendant Steven Glen JOHNSON, did knowingly devise, intend to devise and execute a scheme and artifice to defraud Woodforest National Bank and the U.S. Treasury Department's Bureau of the Public Debt of funds and money owned by, and under the custody and control of Woodforest National Bank, by means of materially false and fraudulent pretenses, representations and promises, in that JOHNSON:

a. Produced for deposit at Woodforest National Bank, Branch 875, at 1114 New Point Blvd., Leland, North Carolina, into his account a spurious and counterfeit check in the amount of $5,000.

b. A mandatory eleven day hold was placed on the check.

It was further part of the scheme and artifice to defraud Woodforest National Bank and the Bureau of the Public Debt that JOHNSON knew that in presenting the check for deposit that the check was spurious and counterfeit and utilized a social security number as a bank account number. He also placed a U.S. TreasuryDirect routing number onto the check, which he knew to be a fraudulent routing number.

All in violation of United States Code, Title 18, Sections 1344 and 2.

16

## COUNT SIXTEEN
(Wire Fraud)

Between in or about February 2009 and March 2009, within the Eastern District of North Carolina, the defendant STEVEN GLENN JOHNSON, did knowingly devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice transmitted and caused to be transmitted a writing, sign, signal, picture, and sound by means of wire communication in interstate commerce, as follows:

On March 13, 2009, the defendant, knowing that the spurious and counterfeit check he had presented to Woodforest National Bank, in the amount of $5,000, to be drawn against funds of the Department of the U.S. Treasury's Bureau of the Public Debt, did cause an interstate wire communication to be used to clear and to remit his counterfeit check via the automated clearing house wire system with the Federal Reserve Bank.

All in violation of United States Code, Title 18, Section 1343.

A TRUE BILL

FOREPERSON
10/27/2010
DATE

GEORGE E. B. HOLDING
United States Attorney

ERIC EVENSON
Assistant United States Attorney