IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-95-BO-1

UNITED STATES OF AMERICA    )
    )
v.    )    O R D E R
    )
STEVEN GLENN JOHNSON    )

This matter is before the Court on defendant's motion to terminate his supervised release. The United States Probation Office has no objection. The government opposes the motion.

Defendant's term of supervised release expired on September 3, 2016. Defendant has complied with the terms of supervised release. He has maintained employment and met his monthly child support obligations. Defendant's probation officer has no objection to early termination of supervised release. The Court notes the government's objections but does not find them persuasive. Accordingly, having considered the factors set forth in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3564(c), and without opposition from the United States Probation Office, the Court GRANTS defendant's request for early termination [DE 86].

SO ORDERED, this _18_ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE